■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIO GOULD, Appellant. [868 NYS2d 912]

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Biggs,* 52 AD3d 620 [2008]; *People v Carr-El,* 287 AD2d 731, 733 [2001], *affd* 99 NY2d 546 [2002]; *People v Cousins,* 221 AD2d 923 [1995]; *People v Dennis,* 88 AD2d 963 [1982]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Skelos, J.P., Santucci, Dillon and Covello, JJ., concur.